**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

RICHARD LYNN STEARNS-MILLER,
    Petitioner,

vs.                                                   Case No.:  3:07cv222/MCR/EMT

WALTER A. McNEIL,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 16, 2008.  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  Petitioner's claims concerning the following disciplinary decisions are **DENIED as moot**: Log Numbers 108-051130, 108-060215, 108-060158, 108-060194, 108-060209, 108-060214, 108-060216, 108-060204, 108-060413, 108-060438, and 108-060439.

3. Petitioner's claims concerning disciplinary decision Log Number 108-060155 are **DENIED with prejudice**.

4. Petitioner's motion for preliminary injunction (Doc. 21) and "Motion to Assume Jurisdiction and Toll Time Limits for Petition for Writ of Habeas Corpus Pending Exhaustion of Collateral Attacks" (Doc. 41) are **DENIED as moot**.

5. This habeas action is **DISMISSED**.

**DONE AND ORDERED** this 5th day of September, 2008.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

*Case No: 3:07cv222/MCR/EMT*